**Order entered December 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00127-CR
### No. 05-13-00128-CR

## LEWIS MICHAEL WALL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80388-2011, 219-80389-2011**

## ORDER

The Court **GRANTS** appellant's December 5, 2013 motion for extension of time to file appellant's reply brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/    DAVID EVANS
        JUSTICE